# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FREDERICK C. ELLIS** | § | **PETITIONER** |
| | § | |
| v. | § | **CAUSE NO. 1:09CV179-LG-RHW** |
| | § | |
| **DWAIN BREWER** | § | **RESPONDENTS** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation of United States Magistrate Robert H. Walker [35] , the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendations of Magistrate Judge Robert H. Walker entered on September 23, 2011, be, and the same hereby is, adopted as the finding of this Court. The Petitioner's Petition for Writ of Habeas Corpus is hereby denied and dismissed.

**SO ORDERED AND ADJUDGED** this the 2nd day of November, 2011.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE